EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

CRAIG H. NAKAMURA
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 5 2002

at __ o'clock and __ __ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR 02-00392 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | [18 U.S.C. §§ 208 and |
| vs. | ) | 216(a)(2); |
| | ) | 41 U.S.C. §§ 53 and 54] |
| JOHN FREDERICK, JR., | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

Between in or about June, 1998 and in or about January, 1999, in the District of Hawaii, Defendant JOHN FREDERICK, JR., who was then an employee of the Department of Navy working as a

Construction Representative, and whose duties included inspecting and providing quality assurance on Government contracts, did willfully participate personally and substantially as a Government employee through decision, approval, disapproval, recommendation, the rendering of advice, investigation, and otherwise, in a contract and other particular matter in which, to the knowledge of Defendant JOHN FREDERICK, JR., he had a financial interest, in that Defendant JOHN FREDERICK, JR. accepted payments as a subcontractor from a Government contractor whose contracts he was responsible for inspecting.

All in violation of Title 18, United States Code, Sections 208 and 216(a)(2).

## COUNT 2

Between in or about June, 1998 and in or about January, 1999, in the District of Hawaii, Defendant JOHN FREDERICK, JR., did knowingly and willfully provide a kickback to an employee of a prime contractor for the purpose of improperly obtaining and rewarding favorable treatment in connection with a subcontract relating to a prime contract entered into by the United States, in that Defendant JOHN FREDERICK, JR. paid cash kickbacks to an

employee of a prime government contractor in connection with a subcontract awarded to Defendant's business.

All in violation of Title 41, United States Code, Sections 53 and 54.

DATED: \_\_\_\_9/25/02\_\_\_\_, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
J. MICHAEL SEABRIGHT
First Assistant U.S. Attorney

_____
CRAIG H. NAKAMURA
Assistant U.S. Attorney

UNITED STATES v. JOHN FREDERICK, JR.; Cr. No. _____;
"INDICTMENT"